IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) BANKRUPTCY CASE |
| KEITH KENYATTA MOXLEY, | ) NO. 12-31762 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, | ) |
| DOING BUSINESS AS CHRISTIANA TRUST, NOT | ) |
| IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS | ) |
| TRUSTEE FOR BCAT 2014-4TT AS SERVICED BY | ) |
| RUSHMORE LOAN MANAGEMENT SERVICES, | ) |
| LLC, | ) |
| | ) |
| Movant, | ) |
| | ) |
| vs. | ) |
| | ) |
| KEITH KENYATTA MOXLEY, | ) |
| EVANGE V MOXLEY, CO-DEBTOR, | ) |
| | ) |
| Debtors. | ) |
| | ) |

NOTICE OF TERMINATION OF STAY

COMES NOW, WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-4TT as serviced by Rushmore Loan Management Services, LLC, by and through its undersigned attorney of record, and hereby gives notice that, pursuant to the prior Order of this Court dated January 19, 2016, Movant did serve a written notice of default in post-petition payments upon Debtor and Debtor's counsel. Said default has not been cured with the period of time set forth in this Court's January 19, 2016 Order. Accordingly, the Automatic Stay and co-debtor stay has been terminated.

MCCALLA RAYMER, LLC

 */s/ Karen A. Maxcy*
Karen A. Maxcy, AL Bar No. ASB-6065-R74M
Attorney for Movant

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
km5@mccallaraymer.com

CERTIFICATE OF SERVICE

       I certify that on the __8<sup>y</sup>__ day of April, 2016, I served on the parties listed below a copy of the foregoing document by regular first class mail with postage prepaid, at the below addresses, or via electronic transmission, pursuant to this Court's local rules and the Federal Rules of Bankruptcy Procedure:

VIA REGULAR U.S. MAIL:
Keith Kenyatta Moxley
707 Pinkston Street
Montgomery, AL 36109

Evange V Moxley
707 Pinkston Street
Montgomery, AL 36109

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101

                                                */s/ Karen A. Maxcy*
                                          Karen A. Maxcy, AL Bar No. ASB-6065-R74M
                                          Attorney for Movant
                                          McCalla Raymer, LLC

McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, GA 30076
km5@mccallaraymer.com